LOCKE LORD BISSELL & LIDDELL LLP
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Daniel A. Solitro (SBN: 243908)
dsolitro@lockelord.com
Sally W. Mimms (SBN: 276093)
smimms@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone:   213-485-1500
Facsimile:   213-485-1200

Attorney for Defendants
AMERICAN HOME MORTGAGE SERVICING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BUSCH, KAREN BUSCH, | CASE NO. 5:11-cv-03192-EJD |
| Plaintiffs, | Hon. Edward J. Davila |
| vs. | **[PROPOSED] ORDER CHANGING TIME TO FILE RESPONSE AND REPLY BRIEFS WITH RESPECT TO DEFENDANT AMERICAN HOME MORTGAGE SERVICING, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| CITIMORTGAGE, INC., AMERICAN HOME MORTGAGE SERVICING, INC., LITTON LOAN SERVICING, L.P., MTGLQ INVESTORS, L.P., WL R/IVZ RESI NPL LLC, INVESTCO, RESI WHOLE LOAN IV LLC, DOES 1 through 150, all persons unknown claiming any legal or equitable right, title, estate lien, or interest in the real property described in the Complaint adverse to Plaintiff's title or any cloud on Plaintiff's title thereto, | |
| Defendants. | |

The Court, having read the Stipulated Request for Order Changing Time to file response and reply briefs to with respect to the Motion Dismiss filed by Defendant American Home Servicing, Inc. ("AHMSI") to the Complaint filed by Plaintiffs Larry and Karen Busch ("Plaintiffs"), which was made by Plaintiffs and AHMSI pursuant to Local Rule 6-2(a), and good cause appearing therefor, hereby ORDERS that:

 1. Plaintiffs shall respond to AHMSI's Motion to Dismiss by or before September 2, 2011; and

 2. AHMSI shall reply to Plaintiffs' response by or before September 16, 2011.

**IT IS SO ORDERED**.

Dated: _July 27, 2011_   _____
Hon. Edward J. Davila
United States District Judge

**CERTIFICATE OF SERVICE**

I, Conrad V. Sison, an attorney, do hereby certify that on July 25, 2011, I electronically filed the foregoing **[PROPOSED] ORDER CHANGING TIME TO FILE RESPONSE AND REPLY BRIEFS** with the Clerk of the Court using the electronic case filing system, which will send notification of such filings to the parties registered with the Court's CM/ECF system.

Dated: July 25, 2011                                          By:   */s/ Conrad V. Sison*
                                                                              Conrad V. Sison