Peter J. Van Zandt – SBN 152321
pvanzandt@bledsoelaw.com
Claudia L. Williams – SBN 264969
cwilliams@bledsoelaw.com
BLEDSOE, CATHCART, DIESTEL, PEDERSEN & TREPPA LLP
601 California Street, 16th Floor
San Francisco, CA 94108
Telephone: (415) 981-5411
Facsimile: (415) 981-0352

Attorneys for Defendant
CITIMORTGAGE, INC.

IT IS SO ORDERED
Judge Edward J. Davila
7/27/2011

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BUSCH, KAREN BUSCH,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIMORTGAGE, INC., AMERICAN HOME MORTGAGE SERVICING, L.P., LITTON LOAN SERVICING., L.P., MTGLQ INVESTORS, L.P., WL R/IVZ RESI NPL LLC, INVESCO, RESI WHOLE LOAN IV LLC, DOES 1 through 50, all persons unknown claiming any legal or equitable right, title, estate, lien, or interest in the real property described in the Complaint adverse to Plaintiff's title or any cloud on Plaintiff's title thereto,<br><br>Defendants. | Case No. 5:11-CV-03192 EJD<br><br>Hon. Edward J. Davila<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME TO FILE RESPONSE AND REPLY BRIEFS REGARDING CITIMORTGAGE, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>[Civil Local Rule 6-2(a)] |

# STIPULATED REQUEST FOR ORDER CHANGING TIME

WHEREAS, on June 28, 2011, Defendant American Home Mortgage Servicing, Inc. ("AHMSI") removed to this Court the Complaint of Plaintiffs Larry and Karen Busch ("Plaintiffs") originally filed on June 17, 2011 in Santa Cruz County Superior Court;

WHEREAS, on July 15, 2011, Defendant CitiMortgage, Inc. ("CMI") filed a Motion to Dismiss Plaintiffs' Complaint;

WHEREAS, CMI's Motion to Dismiss Plaintiffs' Complaint is set for hearing on the first available date on the Court's calendar, November 4, 2011;

WHEREAS, CMI's Motion to Dismiss was served on Plaintiffs with a briefing schedule calling for Plaintiffs' response on October 21, 2011, and reply on October 28, 2011;

WHEREAS, pursuant to new Local Rule 7-3, Plaintiffs' response to CMI's Motion to Dismiss would be due July 26, 2011 and CMI's reply would be due August 2, 2011;

WHEREAS, Plaintiff's Motion to Remand is currently set for hearing on August 19, 2011;

WHEREAS, the parties submit that it would be more efficient for the parties to brief the Motion to Dismiss after this Court has determined whether it will retain jurisdiction of the case;

WHEREAS, in any event, Plaintiffs will not be able to respond to CMI's Motion to Dismiss by July 26, 2011 due to a misunderstanding with respect to new Local Rule 7-3;

WHEREAS, in light of the above, CMI and Plaintiffs have conferred and stipulated to making Plaintiffs' response to CMI's Motion to Dismiss due fourteen (14) days after Plaintiffs' Motion to Remand is heard, which would be September 2, 2011, and CMI's reply due fourteen (14) days after that, which would be September 16, 2011; and

WHEREAS, Plaintiffs and AHMSI have requested an identical stipulation and, in any event, CMI's Motion to Dismiss is not set for hearing until November 4, 2011.

NOW THEREFORE, Plaintiffs and CMI stipulate that Plaintiffs shall respond to CMI's Motion to Dismiss by or before **September 2, 2011** and CMI shall reply to Plaintiffs' opposition by or before **September 16, 2011**.

IT IS SO STIPULATED.

**PLAINTIFFS**
LARRY AND KAREN BUSCH

**DEFENDANT**
CITIMORTGAGE, INC.

/s/ Nathan C. Benjamin
Nathan C. Benjamin
John Thornton Kontz
COMSTOCK THOMPSON
KONTZ & BRENNER
-and-
Pamela Dawn Simmons
THE LAW OFFICE OF SIMMONS AND PURDY

/s/ Peter J. Van Zandt
Peter J. Van Zandt
Claudia L. Williams
BLEDSOE, CATHCART, DIESTEL,
PEDERSEN, & TREPPA, LLP

IT IS SO ORDERED:

1. Plaintiffs shall respond to CMI's Motion to Dismiss on or before **September 2, 2011**; and
2. CMI shall reply to Plaintiffs' opposition by or before **September 16, 2011**.

Dated: July 27, 2011

Edward J. Davila
United States District Judge

# PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 601 California Street, 16th Floor, San Francisco, California, 94108-2805. On the date indicated below, I served the following document(s):

**STIPULATED REQUEST FOR ORDER CHANGING TIME TO FILE RESPONSE AND REPLY BRIEFS REGARDING CITIMORTGAGE, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

upon the following at the address(es) stated below:

Nathan C. Benjamin, Esq.
Thornton Kontz
Gregory W. Carter
Comstock, Thompson, Kontz & Brenner
340 Soquel Ave., Ste. 205
Santa Cruz, CA 95062
Telephone No.: (831) 427-2727

_____ **BY MAIL** by depositing true and correct copies in sealed envelopes in the United States mail in accordance with the usual mailing practice of this firm.

_____ **BY PERSONAL SERVICE** in accordance with ordinary business practices during ordinary business hours.

_____ **BY FAX** at number listed above.

**XX** **BY ELECTRONIC SERVICE** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The court's CM/ECF systems send an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

_____ **BY FEDERAL EXPRESS** overnight delivery for delivery the following business day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 27, 2011 at San Francisco, California.

_____
Charmaine Villavert

PROOF OF SERVICE