1 | Comstock, Thompson, Kontz & Brenner
Nathan C. Benjamin, Esq.-SBN 197859
2 | Thornton Kontz, Esq.-SBN 118120
340 Soquel Ave., Ste. 205
3 | Santa Cruz, CA  95062
Telephone:     (831) 427-2727
4 | Facsimile:       (831) 458-1165

The Law Office of Simmons & Purdy
Pamela D. Simmons, SBN 160523
2425 Porter Street, Suite 10
Soquel, California, 95073-2454
Telephone:     (831) 464-6884
Facsimile:       (831) 464-6886

Attorneys for Plaintiffs,
LARRY BUSCH and KAREN BUSCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BUSCH,  KAREN BUSCH,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITIMORTGAGE, INC., AMERICAN HOME MORTGAGE SERVICING, INC., LITTON LOAN SERVICING, L.P., MTGLQ INVESTORS, L.P., DOES 1 through 50, all persons unknown claiming any legal or equitable right, title, estate, lien, or interest in the real property described in the Complaint adverse to Plaintiff's title or any cloud on Plaintiff's title thereto,<br><br>        Defendants. | CASE NO. CV11-03192 EJD<br><br><br>**SUBSTITUTION OF ATTORNEY BY PLAINTIFFS**<br>**(~~PROPOSED~~) ORDER**<br><br><br>Judge: Honorable Edward J. Davila |

TO THE CLERK OF COURT AND TO DEFENDANTS AND THEIR COUNSEL OF

**SUBSTITUTION OF ATTORNEY BY PLAINTIFFS**

1

RECORD:

LARRY BUSCH and KAREN BUSCH, the Plaintiffs in the above-captioned action hereby give notice that they have substituted attorneys in this action as follows:

**NEW ATTORNEYS SUBSTITUTED IN TO THE ACTION**

The Law Office of BASKIN & GRANT,
NATHAN C. BENJAMIN     (CA SBN # 197859)   email: nathan@baskingrant.com
CALEB S. BASKIN           (CA SBN # 226132)   email: csbaskin@baskingrant.com
331 Soquel Avenue, Suite 100, Santa Cruz, California 95062
Telephone 831-425-8999, Fax 831-425-8853

**ATTORNEY OF RECORD REMAINING IN THE ACTION**

The Law Office of SIMMONS & PURDY
PAMELA SIMMONS          (CA SBN # 160523)   email: pamela@pamelaw.com
2425 Porter Street, Suite 10, Soquel, California, 95073-2454
Telephone: 831-464-6884, Fax 831 464-6886

All counsel hereby consent to receipt of service of documents by electronic means.

**ATTORNEYS SUBSTITUTED OUT OF THE ACTION**

The Law Office of COMSTOCK, THOMPSON, KONTZ & BRENNER
THORNTON KONTZ         (CA SBN # 118120)   email: tkontz@surfcitylaw.com
GREGORY CARTER          (CA SBN # 246586)   email: gcarter@surfcitylaw.com
340 Soquel Ave., Ste. 205, Santa Cruz, CA  95062
Telephone: 831-427-2727, Fax:  831-458-1165

I consent to this substitution

Date:   7-24-11              _____/s/_____
                             NATHAN C. BENJAMIN


I consent to this substitution

Date:   7-25-11              _____/s/_____
                             CALEB S. BASKIN

**SUBSTITUTION OF ATTORNEY BY PLAINTIFFS**

I consent to this substitution

Date:   7-25-11                                    _____/s/_____

                                                               PAMELA SIMMONS


I consent to this substitution

Date:   7-24-11                                    _____/s/_____

                                                               THORNTON KONTZ


I consent to this substitution

Date:   7-25-11                                    _____/s/_____

                                                               GREGORY CARTER



IT IS SO ORDERED,


Date:___July 29, 2011_____                  _____/s/ Edward J. Davila_____
                                                               Edward J. Davila
                                                               United States District Judge


**SUBSTITUTION OF ATTORNEY BY PLAINTIFFS**

3