1  REGINA J. McCLENDON (State Bar No. 184669)
   rjm@severson.com
2  THOMAS N. ABBOTT (State Bar No. 245568)
   tna@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439

   Attorneys for Defendants
7  LITTON LOAN SERVICING LP
   and MTGLQ INVESTORS, LP

**IT IS SO ORDERED**
Judge Edward J. Davila
8/2/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BUSCH, KAREN BUSCH,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITIMORTGAGE, INC., AMERICAN HOME MORTGAGE SERVICING, INC., LITTON LOAN SERVICING, L.P., MTGLQ INVESTORS, L.P., DOES 1 through 50, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the real property described in the complaint adverse to Plaintiff's title or any cloud on Plaintiff's title thereto,<br><br>    Defendants. | Case No.: 5:11-CV11-03192 EJD<br><br>**STIPULATION EXTENDING DEADLINE OF DEFENDANTS LITTON LOAN SERVICING LP AND MTGLQ INVESTORS, LP TO RESPOND TO COMPLAINT** |

Plaintiffs Larry Busch and Karen Bush and defendants Litton Loan Servicing LP ("Litton") and MTGLQ Investors, LP ("MTGLQ"), through their respective counsel, stipulate as follows:

| | | |
|---|---|---|
| 1 | Litton and MTGLQ's deadline to answer or otherwise respond to plaintiffs' complaint is | |
| 2 | extended to August 22, 2011. This extension does not affect any other deadline set by this Court. | |
| 3 | IT IS SO STIPULATED. | |
| 5 | DATED: August 1, 2011 | BASKIN & GRANT |
| 6-7 | | By: /s/ *Nathan C. Benjamin* <br> Nathan C. Benjamin |
| 8-9 | | Attorneys for Plaintiffs LARRY BUSCH and KAREN BUSCH |
| 11 | DATED: August 1, 2011 | SEVERSON & WERSON <br> A Professional Corporation |
| 12-13 | | By: /s/ *Regina J. McClendon* <br> Regina J. McClendon |
| 14-15 | | Attorneys for Defendants LITTON LOAN SERVICING LP and MTGLQ INVESTORS, LP |

Attestation Pursuant to General Order 45

I, Regina J. McClendon, attest that concurrence in the filing of this document has been obtained from each of signatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 1, 2011, at San Francisco, California.

/s/ *Regina J. McClendon*
Regina J. McClendon