NATHAN BENJAMIN, SB No. 197859
  nathan@baskingrant.com
CALEB SEQUOIA BASKIN, SB No. 226132
  csbaskin@baskingrant.com
BASKIN & GRANT, LLP
331 SOQUEL AVENUE, SUITE 100
SANTA CRUZ, CALIFORNIA 95062
Tel: (831) 425-8999
Fax: (831) 425-8853

THE LAW OFFICE OF SIMMONS & PURDY
PAMELA D. SIMMONS, SBN 160523
  pamela@pamelaw.com
2425 PORTER STREET, SUITE 10
SOQUEL, CALIFORNIA, 95073-2454
Tel: (831) 464-6884
Fax: (831) 464-6886

Attorneys for Larry Busch and Karen Busch,
Plaintiffs

**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LARRY BUSCH, KAREN BUSCH,<br><br>             Plaintiffs,<br><br>     vs.<br><br>CITIMORTGAGE, INC., AMERICAN HOME MORTGAGE SERVICING, INC., LITTON LOAN SERVICING, L.P., MTGLQ INVESTORS, L.P., WL R/IVZ RESI NPL LLC, INVESTCO, RESI WHOLE LOAN IV LLC, DOES 1 through 150, all persons unknown claiming any legal or equitable right, title, estate lien, or interest in the real property described in the Complaint adverse to Plaintiff's title or any cloud on Plaintiff's title thereto,<br><br>             Defendants. | CASE NO. 5:11-CV-03192-EJD<br><br>**STIPULATION AND [proposed] ORDER FOR FILING OF FIRST AMENDED COMPLAINT**<br><br>Judge:   HON. EDWARD J. DAVILA<br>Crtrm.:   1, 5TH FLOOR<br><br>Trial Date:      None Set |

WHEREAS, this case was originally filed on June 17, 2011 in the Superior Court of the State of California, County of Santa Cruz, and was removed by certain defendants to this Court on June 28, 2011;

Baskin & Grant
331 Soquel Ave,Ste 100
Santa Cruz, CA 95062
(831) 425-8999

5:11-CV-03192-EJD
STIPULATION AND ORDER FOR FILING OF AMENDED COMPLAINT

1   WHEREAS, Plaintiffs Larry Busch and Karen Busch ("Plaintiffs") filed a Motion to Remand on July 6, 2011;

WHEREAS, on July 12, 2011 Defendant AMERICAN HOME MORTGAGE SERVICING, INC. filed its Motion to Dismiss Plaintiff's Complaint, and on July 15, 2011 Defendant CITIMORTGAGE, INC. also filed its Motion to Dismiss. Both Motions were set for hearing on November 4, 2011;

WHEREAS, on July 27, 2011, pursuant to the stipulation of the parties, the Court Ordered a modified briefing schedule on the Motions to Dismiss, allowing the Opposition and Reply briefing to take place after the Court heard the Motion to Remand;

WHEREAS, on August 17, 2011, the Court denied Plaintiff's Motion to Remand;

WHEREAS, Plaintiffs' Oppositions to Defendants' Motions to Dismiss are presently due to be filed on or before September 2, 2011.

WHEREAS, Plaintiffs have evaluated the Motions to Dismiss and issues raised therein and determined it to be in the interest of efficiency and economy to amend their Complaint in an effort to address and resolve various of the issues raised in the Motions to Dismiss;

WHEREAS, Plaintiffs have sought an agreement from counsel for Defendant AMERICAN HOME MORTGAGE SERVICING, INC. and Defendant CITIMORTGAGE, INC. to stipulate for leave to file a First Amended Complaint. The Parties hereto recognize that the narrowing of issues with respect to the Motions to Dismiss would be mutually beneficial;

WHEREAS Defendant AMERICAN HOME MORTGAGE SERVICING, INC. and Defendant CITIMORTGAGE, INC., anticipate that notwithstanding the amendment of the Complaint they will file Motions to Dismiss as to the First Amended Complaint and would prefer to maintain the present November 4, 2011 hearing date for that purpose;

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that Plaintiffs may file their First Amended Complaint on or before September 16, 2011.

**IT IS FURTHER STIPULATED** that there are presently scheduled Motions to Dismiss as to the initial Complaint, filed by CITIMORTGAGE, INC., and AMERICAN HOME

Baskin & Grant
331 Soquel Ave, Ste 100
Santa Cruz, CA 95062
(831) 425-8999

2                                                             5:11-CV-03192-EJD
STIPULATION AND ORDER FOR FILING OF AMENDED COMPLAINT

MORTGAGE SERVICING, INC., set for November 4, 2011. CITIMORTGAGE, INC., and AMERICAN HOME MORTGAGE SERVICING, INC. anticipate that they will respectively pursue Motions to Dismiss the First Amended Complaint, and hereby request that the Court hold the November 4, 2011 date available for the anticipated Motions to Dismiss with respect to the First Amended Complaint.

DATED: August 26, 2011         BASKIN & GRANT, LLP

By: /s/
NATHAN C. BENJAMIN
Attorneys for LARRY BUSCH and KAREN BUSCH, Plaintiffs

DATED: August 26, 2011         LOCKE LORD BISSELL & LIDDELL LLP

By: /s/
CONRAD V. SISON
Attorneys for AMERICAN HOME MORTGAGE SERVICING, INC. Defendant

DATED: August 26, 2011         BLEDSOE, CATHCART, DIESTEL, PEDERSEN & TREPPA LLP

By: /s/
PETER J. VAN ZANDT
Attorneys for CITIMORTGAGE, INC., Defendant

IT IS SO ORDERED with the following modification:
In light of the Stipulation, the currently pending Motions to Dismiss [Docket Item Nos. 28 and 31] are TERMINATED. Any Motions to Dismiss the First Amended Complaint may be noticed for a hearing on November 4, 2011, at 9:00 a.m.

Honorable EDWARD J. DAVILA

Baskin & Grant
331 Soquel Ave, Ste 100
Santa Cruz, CA 95062
(831) 425-8999

3                                    5:11-CV-03192-EJD
STIPULATION AND ORDER FOR FILING OF AMENDED COMPLAINT