MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
THOMAS N. ABBOTT (State Bar No. 245568)
tna@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
LITTON LOAN SERVICING LP
and MTGLQ INVESTORS, LP

**IT IS SO ORDERED**
Judge Edward J. Davila
9/7/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BUSCH, KAREN BUSCH,<br><br>   Plaintiffs,<br><br>  vs.<br><br>CITIMORTGAGE, INC., AMERICAN HOME MORTGAGE SERVICING, INC., LITTON LOAN SERVICING, L.P., MTGLQ INVESTORS, L.P., DOES 1 through 50, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the real property described in the complaint adverse to Plaintiff's title or any cloud on Plaintiff's title thereto,<br><br>   Defendants. | Case No.: 5:11-CV11-03192 EJD<br><br>**STIPULATION EXTENDING DEADLINE OF DEFENDANTS LITTON LOAN SERVICING LP AND MTGLQ INVESTORS, LP TO RESPOND TO COMPLAINT** |

  Plaintiffs Larry Busch and Karen Bush (collectively, "Plaintiffs") and defendants Litton Loan Servicing LP ("Litton") and MTGLQ Investors, LP ("MTGLQ") (Litton and MTGLQ are collectively, "Defendants"), through their respective counsel, stipulate as follows:

  Plaintiffs and Defendants previously stipulated to extend Litton's and MTGLQ's deadline to answer or other respond to Plaintiffs' complaint to September 12, 2011. Plaintiff have since obtained leave of court to file a first amended complaint, thereby rendering any response by Litton or MTGLQ to the original complaint moot. Accordingly, Plaintiffs and Defendants stipulate that

1  Litton and MTGLQ need not file a responsive pleading to the original complaint and Defendants
2  shall have 21 days from after the date on which Plaintiffs file and serve their first amended
3  complaint in which to file a responsive pleading. This extension does not affect any other deadline
4  set by this Court.
5      IT IS SO STIPULATED.
6
7  DATED: September 6, 2011                BASKIN & GRANT
8
                                           By:   /s/   Nathan C. Benjamin
9                                                      Nathan C. Benjamin
10                                         Attorneys for Plaintiffs LARRY BUSCH and
                                           KAREN BUSCH
11
12
13 DATED: September 6, 2011                SEVERSON & WERSON
                                           A Professional Corporation
14
                                           By:   /s/   Thomas N. Abbott
15                                                     Thomas N. Abbott
16                                         Attorneys for Defendants LITTON LOAN
                                           SERVICING LP and MTGLQ INVESTORS, LP
17
18
19 Attestation Pursuant to General Order 45
20
       I, Thomas N. Abbott, attest that concurrence in the
21 filing of this document has been obtained from each of
   signatories.
22
       I declare under penalty of perjury under the laws of
23 the United States of America that the foregoing is true and
   correct. Executed on September 6, 2011, at San Francisco,
24 California.
25
     /s/   Thomas N. Abbott
26         Thomas N. Abbott
27
28                                         - 2 -
   15303/0214/948620.1                     STIPULATION RE: RESPONSE TO FIRST AMENDED
                                                                           COMPLAINT
                                           Case No.: 5:11-CV11093192 EJD