| | |
|---|---|
| 1 | MARY KATE SULLIVAN (State Bar No. 180203)<br>mks@severson.com |
| 2 | THOMAS N. ABBOTT (State Bar No. 245568)<br>tna@severson.com |
| 3 | SEVERSON & WERSON<br>A Professional Corporation |
| 4 | One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111 |
| 5 | Telephone: (415) 398-3344<br>Facsimile: (415) 956-0439 |
| 6 | |
| 7 | Attorneys for Defendants<br>LITTON LOAN SERVICING LP<br>and MTGLQ INVESTORS, LP |

**IT IS SO ORDERED**
Judge Edward J. Davila
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
9/7/2011

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| LARRY BUSCH, KAREN BUSCH, | Case No.: 5:11-CV11-03192 EJD |
|---|---|
| Plaintiffs, | **STIPULATION EXTENDING DEADLINE OF DEFENDANTS LITTON LOAN SERVICING LP AND MTGLQ INVESTORS, LP TO RESPOND TO COMPLAINT** |
| vs. | |
| CITIMORTGAGE, INC., AMERICAN HOME MORTGAGE SERVICING, INC., LITTON LOAN SERVICING, L.P., MTGLQ INVESTORS, L.P., DOES 1 through 50, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the real property described in the complaint adverse to Plaintiff's title or any cloud on Plaintiff's title thereto, | |
| Defendants. | |

Plaintiffs Larry Busch and Karen Bush (collectively, "Plaintiffs") and defendants Litton Loan Servicing LP ("Litton") and MTGLQ Investors, LP ("MTGLQ") (Litton and MTGLQ are collectively, "Defendants"), through their respective counsel, stipulate as follows:

Plaintiffs and Defendants previously stipulated to extend Litton's and MTGLQ's deadline to answer or other respond to Plaintiffs' complaint to September 12, 2011. Plaintiff have since obtained leave of court to file a first amended complaint, thereby rendering any response by Litton or MTGLQ to the original complaint moot. Accordingly, Plaintiffs and Defendants stipulate that

15303/0214/948620.1 

STIPULATION EXTENDING DEADLINE
Case No.: 5:11-CV11- 03192 EJD

1  Litton and MTGLQ need not file a responsive pleading to the original complaint and Defendants

2  shall have 21 days from after the date on which Plaintiffs file and serve their first amended

3  complaint in which to file a responsive pleading. This extension does not affect any other deadline

4  set by this Court.

5   IT IS SO STIPULATED.

6

7  DATED: September 6, 2011    BASKIN & GRANT

8
   By:  /s/  *Nathan C. Benjamin*
9         Nathan C. Benjamin

10  Attorneys for Plaintiffs LARRY BUSCH and
    KAREN BUSCH
11

12

13  DATED: September 6, 2011    SEVERSON & WERSON
                                A Professional Corporation
14
    By:  /s/  *Thomas N. Abbott*
15        Thomas N. Abbott

16  Attorneys for Defendants LITTON LOAN
    SERVICING LP and MTGLQ INVESTORS, LP
17

18

19  Attestation Pursuant to General Order 45

20
    I, Thomas N. Abbott, attest that concurrence in the
21  filing of this document has been obtained from each of
    signatories.
22
    I declare under penalty of perjury under the laws of
23  the United States of America that the foregoing is true and
    correct. Executed on September 6, 2011, at San Francisco,
24  California.

25
     /s/  *Thomas N. Abbott*
26        Thomas N. Abbott

27

28
    - 2 -
    15303/0214/948620.1    STIPULATION RE: RESPONSE TO FIRST AMENDED
                           COMPLAINT
                           Case No.: 5:11-CV11093192 EJD