MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
THOMAS N. ABBOTT (State Bar No. 245568)
tna@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
LITTON LOAN SERVICING LP
and MTGLQ INVESTORS, LP

**IT IS SO ORDERED**
*Judge Edward J. Davila*
10/6/2011

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BUSCH, KAREN BUSCH,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITIMORTGAGE, INC., AMERICAN HOME MORTGAGE SERVICING, INC., LITTON LOAN SERVICING, L.P., MTGLQ INVESTORS, L.P., DOES 1 through 50, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the real property described in the complaint adverse to Plaintiff's title or any cloud on Plaintiff's title thereto,<br><br>    Defendants. | Case No.: 5:11-CV11-03192 EJD<br><br>**STIPULATION EXTENDING DEADLINE OF DEFENDANTS LITTON LOAN SERVICING LP AND MTGLQ INVESTORS, LP TO RESPOND TO COMPLAINT** |

    Plaintiffs Larry Busch and Karen Bush (collectively, "Plaintiffs") and defendants Litton Loan Servicing LP ("Litton") and MTGLQ Investors, LP ("MTGLQ") (Litton and MTGLQ are collectively, "Defendants"), through their respective counsel, stipulate as follows:

    Plaintiffs and Defendants previously stipulated to extend Litton's and MTGLQ's deadline to answer or other respond to Plaintiffs' complaint to September 12, 2011 and to respond to Plaintiffs' first amended complaint to October 3, 2011. Plaintiffs and Defendants stipulate that Litton and MTGLQ shall have until on or before October 17, 2011 in which to file a responsive

pleading to Plaintiffs' first amended complaint. This extension does not affect any other deadline set by this Court.

IT IS SO STIPULATED.

DATED: September 6, 2011　　　　　　　　　BASKIN & GRANT

By: /s/ *Nathan C. Benjamin*
　　　　　Nathan C. Benjamin

Attorneys for Plaintiffs LARRY BUSCH and KAREN BUSCH


DATED: September 6, 2011　　　　　　　　　SEVERSON & WERSON
　　　　　　　　　　　　　　　　　　　　　　　A Professional Corporation

By: /s/ *Thomas N. Abbott*
　　　　　Thomas N. Abbott

Attorneys for Defendants LITTON LOAN SERVICING LP and MTGLQ INVESTORS, LP


Attestation Pursuant to General Order 45

I, Thomas N. Abbott, attest that concurrence in the filing of this document has been obtained from each of signatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 6, 2011, at San Francisco, California.

 /s/ *Thomas N. Abbott*
　　　　Thomas N. Abbott