LOCKE LORD LLP
Regina J. McClendon (SBN: 184669)
rmcclendon@lockelord.com
44 Montgomery Street, Suite 2400
San Francisco, California 94104
Telephone: 415-318-8810
Facsimile: 415-520-9523

*Former* Attorney for Defendants
LITTON LOAN SERVICING LP and
MTGLQ INVESTORS, LP

**IT IS SO ORDERED**
Judge Edward J. Davila
10/6/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BUSCH, KAREN BUSCH, | CASE NO. 5:11-cv-03192-EJD |
| Plaintiffs, | Hon. Edward J. Davila |
| vs. | **NOTICE OF CHANGE IN COUNSEL** |
| CITIMORTGAGE, INC., AMERICAN HOME MORTGAGE SERVICING, INC., LITTON LOAN SERVICING, L.P., MTGLQ INVESTORS, L.P., WL R/IVZ RESI NPL LLC, INVESCO, RESI WHOLE LOAN IV LLC, DOES 1 through 150, all persons unknown claiming any legal or equitable right, title, estate lien, or interest in the real property described in the Complaint adverse to Plaintiff's title or any cloud on Plaintiff's title thereto, | |
| Defendants. | |

PLEASE TAKE NOTICE that attorney Regina J. McClendon is no longer associated with the law firm Severson & Werson and therefore is no longer counsel of record for defendants Litton Loan Servicing LP and MTGLQ Investors, LP. Those defendants continue to be represented by Mary Kate Sullivan and Thomas N. Abbott of Severson & Werson.

Dated: September 28, 2011        LOCKE LORD LLP

By:  /s/ Regina J. McClendon
           Regina J. McClendon

*Former* Attorney for Defendants
LITTON LOAN SERVICING LP and MTGLQ INVESTORS, LP

## CERTIFICATE OF SERVICE

I, Regina J. McClendon, an attorney, do hereby certify that on September 28, 2011, I electronically filed the foregoing **NOTICE OF CHANGE IN COUNSEL** with the Clerk of the Court using the electronic case filing system, which will send notification of such filings to the parties registered with the Court's CM/ECF system.

Dated: September 28, 2011             By:    */s/ Regina J. McClendon*
                                                                        Regina J. McClendon