NATHAN BENJAMIN, SB No. 197859
  nathan@baskingrant.com
CALEB SEQUOIA BASKIN, SB No. 226132
  csbaskin@baskingrant.com
BASKIN & GRANT, LLP
331 SOQUEL AVENUE, SUITE 100
SANTA CRUZ, CALIFORNIA 95062
Tel: (831) 425-8999
Fax: (831) 425-8853

THE LAW OFFICE OF SIMMONS & PURDY
PAMELA D. SIMMONS, SBN 160523
  pamela@pamelaw.com
2425 PORTER STREET, SUITE 10
SOQUEL, CALIFORNIA, 95073-2454
Tel: (831) 464-6884
Fax: (831) 464-6886

Attorneys for Larry Busch and Karen Busch,
Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LARRY BUSCH, KAREN BUSCH,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CITIMORTGAGE, INC., AMERICAN HOME MORTGAGE SERVICING, INC., LITTON LOAN SERVICING, L.P., MTGLQ INVESTORS, L.P., WL R/IVZ RESI NPL LLC, INVESTCO, RESI WHOLE LOAN IV LLC, DOES 1 through 150, all persons unknown claiming any legal or equitable right, title, estate lien, or interest in the real property described in the Complaint adverse to Plaintiff's title or any cloud on Plaintiff's title thereto,<br><br>　　　　　Defendants. | CASE NO. 5:11-CV-03192-EJD<br><br>**STIPULATION RE SCHEDULING OF BRIEFING AND HEARING OF MOTION TO DISMISS OF LITTON LOAN SERVICING, L.P., MTGLQ INVESTORS, L.P. AND [PROPOSED] ORDER**<br><br>Hearing Date: February 10, 2012<br>Time: 9:00 a.m.<br><br>Judge: HON. EDWARD J. DAVILA<br>Crtrm.: 1, 5th FLOOR<br><br>Trial Date: None Set |

　　　WHEREAS, this case was originally filed on June 17, 2011 in the Superior Court of the State of California, County of Santa Cruz, and was removed by certain defendants to this Court on June 28, 2011;

Baskin & Grant
331 Soquel Ave,Ste 100
Santa Cruz, CA 95062
(831) 425-8999

5:11-CV-03192-EJD
STIP. AND ORDER FOR SCHEDULING OF BRIEFING RE LITTON, MTGLQ'S MOTION TO DISMISS

**1** WHEREAS, Defendant AMERICAN HOME MORTGAGE SERVICING, INC. filed its

**2** Motion to Dismiss Plaintiffs' Complaint, and on July 15, 2011 Defendant CITIMORTGAGE,

**3** INC. also filed its Motion to Dismiss. Both Motions were set for hearing on November 4, 2011;

**4** WHEREAS, on August 26, 2011, Plaintiffs and Defendant AMERICAN HOME

**5** MORTGAGE SERVICING, INC. and Defendant CITIMORTGAGE stipulated for, and the Court

**6** Ordered on August 29, 2011, leave for Plaintiff to file a First Amended Complaint. By that

**7** Stipulation the hearing date of November 4, 2011 was preserved. The First Amended Complaint

**8** was filed on 09/16/2011;

**9** WHEREAS, Plaintiffs and Defendants LITTON LOAN SERVICING and L.P., MTGLQ

**10** INVESTORS, L.P., have entered into Stipulations to allow additional time to respond to the First

**11** Amended Complaint, including that Stipulation Ordered on 10/6/2011;

**12** WHEREAS Defendants AMERICAN HOME MORTGAGE SERVICING, INC. and

**13** CITIMORTGAGE have filed their Motions to Dismiss the First Amended Complaint. The

**14** opposition to the motion of AMERICAN HOME MORTGAGE SERVICING, INC. is due to be

**15** filed on 10/16/2011 and the opposition to the motion of CITIMORTGAGE is due to be filed on

**16** 10/21/2011, and those motions are set to be heard on November 4, 2011;

**17** WHEREAS the Case Management Conference is also set for November 4, 2011;

**18** WHEREAS Defendants LITTON LOAN SERVICING and L.P., MTGLQ INVESTORS,

**19** L.P. filed their Motion to Dismiss the First Amended Complaint on 10/12/2011 with a motion

**20** hearing date of 2/10/2012, with opposition due on 10/26/2011;

**21** WHEREAS Plaintiffs and Defendants LITTON LOAN SERVICING and L.P., MTGLQ

**22** INVESTORS recognize that the briefing schedule, in light of the other, above-mentioned, motions

**23** and briefing schedules, are somewhat burdensome for Plaintiffs, and that the hearing on

**24** November 4, 2011 may result in an additional amendment to the Complaint, which amendment

**25** would potentially render moot the motion to dismiss set for 2/10/2012;

**26** WHEREAS Plaintiffs and Defendants LITTON LOAN SERVICING and L.P., MTGLQ

**27** INVESTORS recognize that judicial economy and fairness are best assured by a modified briefing

**28** and hearing schedule such that the motions to dismiss of AMERICAN HOME MORTGAGE

Baskin & Grant
331 Soquel Ave,Ste 100
Santa Cruz, CA 95062
(831) 425-8999

2     5:11-CV-03192-EJD
STIP. AND ORDER FOR SCHEDULING OF BRIEFING RE LITTON, MTGLQ'S MOTION TO DISMISS

SERVICING, INC. and CITIMORTGAGE and the Case Management Conference can take place on November 4, 2011, and then if necessary, based on the outcome of those motions, the LITTON LOAN SERVICING and L.P., MTGLQ INVESTORS motion can either be taken off calendar or briefed thereafter;

WHEREAS Plaintiffs and Defendants LITTON LOAN SERVICING and L.P., MTGLQ INVESTORS have been advised that a hearing date of December 2, 2011, or soon thereafter, may be available for the LITTON LOAN SERVICING and L.P., MTGLQ INVESTORS Motion to Dismiss provided the parties hereto so stipulate.

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that Plaintiffs may file any opposition to the LITTON LOAN SERVICING and L.P., MTGLQ INVESTORS Motion to Dismiss on or before November 16, 2011, with reply to be filed on or before November 23, 2011;

**IT IS FURTHER STIPULATED** that the LITTON LOAN SERVICING and L.P., MTGLQ INVESTORS Motion to Dismiss shall be heard on December 2, 2011, or as soon thereafter as is available;

**IT IS FURTHER STIPULATED** that if the hearing on November 4 on the Motions to Dismiss of AMERICAN HOME MORTGAGE SERVICING, INC. and CITIMORTGAGE results in an Order allowing further amendment of the Complaint, the LITTON LOAN SERVICING and L.P., MTGLQ INVESTORS Motion to Dismiss shall be taken off calendar and these defendants shall be required to respond only to the second amended complaint.

DATED: October 13, 2011         BASKIN & GRANT, LLP

                                By:   /S/
                                      NATHAN C. BENJAMIN
                                      Attorneys for Larry Busch and Karen Busch,
                                      Plaintiffs

/ / /

/ / /

/ / /

Baskin & Grant
331 Soquel Ave,Ste 100
Santa Cruz, CA 95062
(831) 425-8999

3                                      5:11-CV-03192-EJD
STIP. AND ORDER FOR SCHEDULING OF BRIEFING RE LITTON, MTGLQ'S MOTION TO DISMISS

DATED: October 13, 2011          SEVERSON & WERSON

                                 By:  /S/
                                 THOMAS N. ABBOTT
                                 Attorneys for LITTON LOAN SERVICING, LP
                                 and MTGLQ INVESTORS, LP

**IT IS SO ORDERED.**

DATED: October 17, 2011

_____
Honorable EDWARD J. DAVILA
United States District Judge

\*\*END OF ORDER\*\*

Baskin & Grant
331 Soquel Ave, Ste 100
Santa Cruz, CA 95062
(831) 425-8999

4                                    5:11-CV-03192-EJD
STIP. AND ORDER FOR SCHEDULING OF BRIEFING RE LITTON, MTGLQ'S MOTION TO DISMISS

## SERVICE LIST

LOCKE LORD BISSELL & LIDDELL LLP
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Daniel A. Solitro (SBN: 243908)
dsolitro@lockelord.com
Sally W. Mimms (SBN: 276093)
smimms@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200
*Attorney for Defendant AMERICAN HOME MORTGAGE SERVICING, INC.*

Peter J. Van Zandt, Esq.
Claudia L. Williams, Esq.
BLEDSOE, CATHCART, DIESTEL,
PEDERSEN & TREPPA LLP
601 California Street, 16th Floor
San Francisco, California 94108
Telephone: 415.981.5411
Facsimile: 415.981.0352
*Attorneys for Defendant, CITIMORTGAGE, INC.*

Mary Kate Sullivan, Esq.
Thomas N. Abbott, Esq.
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: 415.398.3344
Facsimile: 415.956.0439
*Attorneys for Defendants, LITTON LOAN SERVICING LP and MTGLQ INVESTORS, LP*

Baskin & Grant
331 Soquel Ave, Ste 100
Santa Cruz, CA 95062
(831) 425-8999

5   5:11-CV-03192-EJD
STIP. AND ORDER FOR SCHEDULING OF BRIEFING RE LITTON, MTGLQ'S MOTION TO DISMISS