NATHAN BENJAMIN, SB No. 197859
  nathan@baskingrant.com
CALEB SEQUOIA BASKIN, SB No. 226132
  csbaskin@baskingrant.com
BASKIN & GRANT, LLP
331 SOQUEL AVENUE, SUITE 100
SANTA CRUZ, CALIFORNIA 95062
Tel: (831) 425-8999
Fax: (831) 425-8853

THE LAW OFFICE OF SIMMONS & PURDY
PAMELA D. SIMMONS, SBN 160523
  pamela@pamelaw.com
2425 PORTER STREET, SUITE 10
SOQUEL, CALIFORNIA, 95073-2454
Tel: (831) 464-6884
Fax: (831) 464-6886

Attorneys for Larry Busch and Karen Busch, Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BUSCH, KAREN BUSCH,<br><br>　　　　　Plaintiffs,<br><br>　　　vs.<br><br>CITIMORTGAGE, INC., AMERICAN HOME MORTGAGE SERVICING, INC., LITTON LOAN SERVICING, L.P., MTGLQ INVESTORS, L.P., DOES 1 through 50, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the real property described in the complaint adverse to Plaintiff's title or any cloud on Plaintiff's title thereto,<br><br>　　　　　Defendants. | Case No.: 5:11-CV11-03192 EJD<br><br>**STIPULATION REGARDING DISMISSAL OF DEFENDANTS LITTON LOAN SERVICING LP AND MTGLQ INVESTORS, LP** |

　　　　Plaintiffs Larry Busch and Karen Bush and defendants Litton Loan Servicing LP ("Litton") and MTGLQ Investors, LP ("MTGLQ"), through their respective counsel, stipulate as follows:

**RECITALS**

　　　　1.　　Plaintiffs obtained a loan secured by real property at 587 Twin Pines Drive, Scotts Valley, California ("Property") in April 2007 ("Loan").  Plaintiff's lender was Residential

1. Mortgage Capital. A deed of trust securing the Loan was recorded in the Official Records of Santa Cruz County on April 19, 2007.

2. Effective October 30, 2010, Litton began servicing the Loan.  Litton acquired the servicing rights from Citimortgage, Inc.

3. Effective  December 1, 2010, Litton transferred the servicing of the loan to American Home Mortgage Servicing, Inc.

4. Effective October 25, 2010, the Deed of Trust securing the Loan was assigned to MTGLQ.  An Assignment of Deed of Trust reflecting this transfer, dated October 25, 2010, was recorded in the Official Records of Santa Cruz County on November 10, 2010.

5. Effective November 12, 2010, MTGLQ assigned the Deed of Trust securing the Loan to Resi Whole Loan IV, LLC.  An Assignment of Deed of Trust reflecting this transfer, dated November 12, 2010, was recorded in the Official Records of Santa Cruz County on March 30, 2011.

6. Litton and MTGLQ filed a Motion to Dismiss, and by Stipulation Ordered on October 17, 2011, the Court set the matter to be heard on December 2, 2011,  with Opposition to be filed on or before November 16, 2011, and Reply to be filed on or before November 23, 2011.

7. The parties to this Stipulation have met and conferred and have determined that in the interest of economy Litton and MTGLQ should be dismissed form the case, without prejudice, such that the litigation can move forward among the other parties and if in the course of discovery Plaintiffs determine there to be a valid reason for Litton and MTGLQ to be back in the case Plaintiffs will be free to motion the Court to amend and re-name Litton and MTGLQ.

8. Plaintiffs hereby request that following entry of dismissal, without prejudice, the case be set for Case Management at the Court's convenience.

## STIPULATION

Based on the above Recitals, the parties agree and stipulate as follows:

1. All claims in this action against defendants Litton Loan Servicing LP and MTGLQ Investors, LP are dismissed without prejudice.  Each party shall bear its costs and fees.

2. The Motion to Dismiss filed by Litton Loan Servicing LP and MTGLQ currently set to be heard on December 2, 2011 shall be taken off calendar.

**IT IS SO STIPULATED**.

DATED:  November 8, 2011                                        BASKIN & GRANT

By:   /s/    Nathan C. Benjamin
              Nathan C. Benjamin

Attorneys for Plaintiffs LARRY BUSCH and KAREN BUSCH

DATED:  November 8, 2011

SEVERSON & WERSON
A Professional Corporation

By:   /s/    Thomas N. Abbott
              Thomas N. Abbott

Attorneys for Defendants LITTON LOAN SERVICING LP and MTGLQ INVESTORS, LP

**IT IS SO ORDERED**. The Clerk shall terminated Docket Item No. 66.

Dated:  November 9, 2011

Honorable EDWARD J. DAVILA
United States District Judge

END OF ORDER

15303/0214/948451.1                                             STIPULATION REGARDING DISMISSAL
                                                                Case No.:  5:11-CV11093192 EJD