1. NATHAN BENJAMIN, SB No. 197859
   nathan@baskingrant.com
2. CALEB SEQUOIA BASKIN, SB No. 226132
   csbaskin@baskingrant.com
3. BASKIN & GRANT, LLP
   331 SOQUEL AVENUE, SUITE 100
4. SANTA CRUZ, CALIFORNIA 95062
   Tel: (831) 425-8999
5. Fax: (831) 425-8853

6. THE LAW OFFICE OF SIMMONS & PURDY
   PAMELA D. SIMMONS, SBN 160523
7. pamela@pamelaw.com
   2425 PORTER STREET, SUITE 10
8. SOQUEL, CALIFORNIA, 95073-2454
   Tel: (831) 464-6884
9. Fax: (831) 464-6886

10. Attorneys for Larry Busch and Karen Busch, Plaintiffs

*IT IS SO ORDERED*
*Judge Edward J. Davila*
11/9/2011

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BUSCH, KAREN BUSCH,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITIMORTGAGE, INC., AMERICAN HOME MORTGAGE SERVICING, INC., LITTON LOAN SERVICING, L.P., MTGLQ INVESTORS, L.P., WL R/IVZ RESI NPL LLC, INVESCO, RESI WHOLE LOAN IV LLC, DOES 1 through 50, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the real property described in the complaint adverse to Plaintiff's title or any cloud on Plaintiff's title thereto,<br><br>        Defendants. | Case No.: 5:11-CV-03192 EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Larry Busch and Karen Bush hereby voluntarily dismiss, without prejudice, the above-captioned action with respect to Defendants WL R/IVZ RESI NPL LLC and INVESCO, only.

NOTICE OF DISMISSAL
Case No.:  5:11-CV11- 03192 EJD

- 2 -

This Notice of Dismissal is being filed with this Court before service by Defendant of either an Answer, responsive pleading or motion for summary judgment.

DATED: November 8, 2011          BASKIN & GRANT

                                 By:   /s/     Nathan C. Benjamin
                                                Nathan C. Benjamin

                                 Attorneys for Plaintiffs LARRY BUSCH and
                                 KAREN BUSCH

- 2 -

15303/0214/948451.1                                  NOTICE OF DISMISSAL
                                                     Case No.: 5:11-CV11093192 EJD