NATHAN BENJAMIN, SB No. 197859
  nathan@baskingrant.com
CALEB SEQUOIA BASKIN, SB No. 226132
  csbaskin@baskingrant.com
BASKIN & GRANT, LLP
331 SOQUEL AVENUE, SUITE 100
SANTA CRUZ, CALIFORNIA 95062
Tel: (831) 425-8999
Fax: (831) 425-8853

THE LAW OFFICE OF SIMMONS & PURDY
PAMELA D. SIMMONS, SBN 160523
  pamela@pamelaw.com
2425 PORTER STREET, SUITE 10
SOQUEL, CALIFORNIA, 95073-2454
Tel: (831) 464-6884
Fax: (831) 464-6886

Attorneys for Larry Busch and Karen Busch, Plaintiffs

*IT IS SO ORDERED*
*Judge Edward J. Davila*
11/9/2011

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BUSCH, KAREN BUSCH,<br><br>     Plaintiffs,<br><br>     vs.<br><br>CITIMORTGAGE, INC., AMERICAN HOME MORTGAGE SERVICING, INC., LITTON LOAN SERVICING, L.P., MTGLQ INVESTORS, L.P., WL R/IVZ RESI NPL LLC, INVESCO, RESI WHOLE LOAN IV LLC, DOES 1 through 50, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the real property described in the complaint adverse to Plaintiff's title or any cloud on Plaintiff's title thereto,<br><br>     Defendants. | Case No.: 5:11-CV-03192 EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Larry Busch and Karen Bush hereby voluntarily dismiss, without prejudice, the above-captioned action with respect to Defendants WL R/IVZ RESI NPL LLC and INVESCO, only.

This Notice of Dismissal is being filed with this Court before service by Defendant of either an Answer, responsive pleading or motion for summary judgment.

DATED: November 8, 2011        BASKIN & GRANT

By: ___/s/___ Nathan C. Benjamin
             Nathan C. Benjamin

Attorneys for Plaintiffs LARRY BUSCH and KAREN BUSCH