NATHAN BENJAMIN, SB No. 197859
  nathan@baskingrant.com
CALEB SEQUOIA BASKIN, SB No. 226132
  csbaskin@baskingrant.com
BASKIN & GRANT, LLP
331 SOQUEL AVENUE, SUITE 100
SANTA CRUZ, CALIFORNIA 95062
Tel: (831) 425-8999
Fax: (831) 425-8853

THE LAW OFFICE OF SIMMONS & PURDY
PAMELA D. SIMMONS, SBN 160523
  pamela@pamelaw.com
2425 PORTER STREET, SUITE 10
SOQUEL, CALIFORNIA, 95073-2454
Tel: (831) 464-6884
Fax: (831) 464-6886

Attorneys for Larry Busch and Karen Busch, Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BUSCH, KAREN BUSCH,<br><br>Plaintiffs,<br><br>vs.<br><br>CITIMORTGAGE, INC., AMERICAN HOME MORTGAGE SERVICING, INC., LITTON LOAN SERVICING, L.P., MTGLQ INVESTORS, L.P., WL R/IVZ RESI NPL LLC, INVESTCO, RESI WHOLE LOAN IV LLC, DOES 1 through 150, all persons unknown claiming any legal or equitable right, title, esate lien, or interest in the real property described in the Complaint adverse to Plaintiff's title or any cloud on Plaintiff's title thereto,<br><br>Defendants. | Case No.: 5:11-CV11-03192 EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

**NOTICE IS HEREBY GIVEN** that Plaintiffs LARRY BUSCH and KAREN BUSCH, pursuant to Federal Rule of Civil Procedure 41(A)(1), voluntary dismisses this action, with prejudice.

This case has settled, pursuant to a written settlement agreement. All parties shall bear their own costs and fees. In accordance with Federal Rule of Civil Procedure 41, the Defendants being dismissed have neither filed answers to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41 is therefore appropriate.

Respectfully Submitted

DATED: July 24, 2012                BASKIN & GRANT

By:  /s/   Nathan C. Benjamin
          Nathan C. Benjamin

Attorneys for Plaintiffs LARRY BUSCH and KAREN BUSCH

**IT IS SO ORDERED**. The Clerk shall close this file.

Dated: July 27, 2012

_____
Honorable EDWARD J. DAVILA
United States District Judge

END OF ORDER